✎GAM 35
(Rev. 2/06)

**Report and Order Terminating Supervised Release**
**Prior to Original Expiration Date**

UNITED STATES DISTRICT COURT

FOR THE

MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | Crim. No.   5:19-CR-00018-007 (MTT) |
| **ANTONIO LAVAR ROBINSON** | |

Antonio Lavar Robinson has complied with the rules and regulations of supervised release, has met the criteria for early termination as outlined in the *Guide to Judiciary Policy, Volume 8, Part E* (Post-Conviction Supervision), as approved by the Administrative Office of the U.S. Courts, and is no longer in need of supervision. It is accordingly recommended that Robinson be discharged from supervision.

Respectfully submitted,

Todd L. Smith
USPO - Firearms Specialist

ORDER OF COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this    27th    day of    February   , 2025.

S/ Marc T. Treadwell

MARC T. TREADWELL
U.S. DISTRICT JUDGE